IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS WILLIAMS,

    Plaintiff,

v.                                          CASE NO. 1:08cv235-SPM/AK

WILLIAM GLENN JOHNSON, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 3, 2009 (doc. 9). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted as to the recommendation to deny the motion for leave to proceed in forma pauperis and the recommendation that the complaint fails to state a claim under 42 U.S.C. § 1983. A reading of the complaint shows, however, that Plaintiff intended to raise an employment discrimination claim under Title VII. This claim has not been addressed. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 9) is

ADOPTED in part and incorporated by reference in this order.

    2.    The motion for leave to proceed in forma pauperis (doc. 2) is denied.

    3.    Any claims raised by Plaintiff under 42 U.S.C. § 1983 are dismissed for failure to state a claim upon which relief may be granted.

    4.    This case is remanded to the magistrate judge for further proceedings regarding Plaintiff's claim under Title VII.

DONE AND ORDERED this 13th day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge