UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Gainesville_ DIVISION

## EMPLOYMENT DISCRIMINATION COMPLAINT FORM

TO BE USED BY PRO SE LITIGANTS IN ACTIONS
FILED UNDER 42 U.S.C. § 2000e, et seq., (Title VII of the Civil Rights Act)
29 U.S.C. § 621, et seq., (Age Discrimination in Employment Act)
OR 42 U.S.C. § 12112, et seq., (Americans with Disabilities Act)

Second Amended

Taurus Levon Williams
(Name of Plaintiff)

vs.

CASE NO: 1-08-CV-235 SPM/AK
(To be assigned by Clerk)

Calvin Carlisle,
William Glenn Johnson III
(Name of Defendant which should
generally be the name of the Employer.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed0629'09USDCFln1PM0411
KM

I.  **PARTIES:**

A.  **PLAINTIFF:**

State your <u>full name</u>, full mailing address, and phone number:

Name of Plaintiff: Taurus Levon Williams
Mailing address: 1623 SE 12TH Ave
Gainesville, Fla. 32641

Phone # (352) 377-0702

B.  **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line (place where you were employed or sought employment) and mailing address.

Defendant's name: Calvin Carlisle / W. G. Johnson & Son
Mailing address: 2430 NW 73rd PL
Gainesville, FL 32653-1214

**PLEASE CONTINUE ANSWERING ALL QUESTIONS ON THE FOLLOWING PAGES**

2

II. **FACTUAL BACKGROUND:**

1. Defendant Employer is: W. G. JOHNSON & SON INC.
2. Defendant's business is: PRE CONSTRUCTION
   Business address - location of headquarters: 2430 NW 73RD PL
   GAINESVILLE FLA. 32653
3. Plaintiff ☐ sought employment from Defendant on July 2007
   or ☐ was employed by Defendant from July 2007 until JAN. 2008.
4. The location where Plaintiff was employed or sought employment was:
   (street address) 2430 NW 73RD PLACE
   (city/county and state) GAINESVILLE FL. ALACHUA CO.
5. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission on: NOVEMBER 2007.
6. The Respondent(s) named on the EEOC charging document: INA DEPAZ
   _____. (attach document).
7. Defendant discriminated against Plaintiff as described in Section III of this complaint on or about 15 (day) NOVEMBER (month), and 2007 (year).
8. As claimed in the EEOC charging document, Defendant discriminated against Plaintiff because of Plaintiff's:   ☐ gender/sex _____ (please identify)
   ☒ race _____   ☐ color _____
   ☐ religion _____   ☐ national origin _____
   ☐ disability _____   ☐ age  Date of Birth is _____
   ☐ other (explain): _____
9. Defendant discriminated against Plaintiff when Defendant:
   ☐ failed to hire Plaintiff      ☐ terminated Plaintiff's employment
   ☐ failed to promote Plaintiff   ☐ retaliated against Plaintiff
   ☐ failed to accommodate Plaintiff's disability   ☒ unequal treatment
   ☐ other (explain): _____
10. The EEOC issued a Notice of Right to Sue which was dated: 12/01/08 and which was received by Plaintiff on 12/04/08.
    » »   The notice is attached to this complaint.   ☐ yes ☒ no   « «
11. Plaintiff also filed charges concerning this discrimination with the Florida Commission on Human Relations on: NOVEMBER 2007 or ☐ did not file.

3

**JURISDICTIONAL AND STATUTORY BASIS OF CLAIM:**

This action is brought for discrimination in employment pursuant to:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117

*Note: To bring suit in federal court under any of the above Acts, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.

## III.   STATEMENT OF FACTS:

Briefly state the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> *You must set forth separate factual allegations in separately numbered paragraphs.* Additional pages may be added to state the relevant facts if necessary. Absent extraordinary circumstances, no more than two (2) additional pages should be attached.

(1) ON NOVEMBER 15, 2007, I, TAURUS WILLIAMS ARRIVED @ THE OFFICE LOCATION OF W. G. JOHNSON & SON @ 7:00 a.m. MY PERSONAL VEHICLE WAS PARKED SIDEWAYS IN THE PARKING LOT NOT OBSTRUCTING ANY OTHER VEHICLE NOR THE PASSAGE OF ANY VEHICLE. AS I SAT, SHOP ASSISTANT JAMIE WEATHERINGTON APPROACHED THE VEHICLE ASKING IF IT WAS GONNA BE PARKED THERE ALL DAY. I STATED NO. AFTER MY SUPERVISOR ARRIVED I EXITED OUT OF MY VEHICLE AND APPROACHED HIM (BILL JACKSON) AND THE MECHANICS SHOP. AS I ENTERED THE SHOP I WAS APPROACHED BY CALVIN CARLISLE THE MECHANICS SHOP SUPERVISOR. HE PLACED HIS RIGHT ARM AROUND MY SHOULDERS GUIDED ME

towards my vehicle and asked if that was my personal vehicle parked right there. I stated yes. He in return stated " Let me tell you a little something about me. Me and Jamie are from the old school. When we meet boys that don't listen, there is a bull rope out back. We take them out back tie them up to a tree and whip them till they understand what it is we are trying to tell them.

(2) There were several other employees present all who were Caucasian males who laughed and thought the statement was funny. Bill Jackson my supervisor was the only person I did not see laugh. I complained to Bill Jackson who stated to me that comment should have never been made.

(3) My wife was contacted and my battery died on my cell phone while talking. She called the police who was dispatched. An officer called I stated I was fine @ that time. A report was later filed with Officer E. Saxon.

---

12. The facts as set forth above in Section III of this complaint:

    ☐ are still being committed by Defendant against Plaintiff

    ☑ are no longer being committed by Defendant against Plaintiff

13. Plaintiff:  ☐ still works for Defendant    ☑ no longer works for Defendant, or not hired.

5

14. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation? ☐ yes ☐ no Explain: _____

## IV. REQUEST FOR RELIEF:

As relief from the allegations of discrimination as stated above, Plaintiff prays that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff
☐ Defendant be directed to re-employ Plaintiff
☐ Defendant be directed to promote Plaintiff
☑ Defendant be directed to ~~PAY~~ PLAINTIFF FOR LOSS OF INCOME AND DAMAGES

As additional relief to make Plaintiff whole, Plaintiff seeks: A FORMAL LETTER OF APOLOGY FROM CALVIN CARLISLE, W.G. JOHNSON'S SON AND DORA LEE BRYAN.

☐ injunctive relief (please explain): _____
☑ monetary damages (please explain): DUE TO FEAR I RESIGNED 1/3/08
☑ costs and fees involved in litigating this case.
and such other relief as may be appropriate, including attorney's fees, if applicable.

Plaintiff seeks a ☑ jury trial ☐ bench trial (without jury)

**I, hereby, declare under penalty of perjury that the foregoing statements have been written by me and are true and correct.**

JUNE 22, 2009
(Date)

Taurus Williams
(Signature of Plaintiff)

Taurus Levon Williams
(please print or type name legibly)

1623 SE 12TH AVE
GAINESVILLE, FLA. 32641
(full mailing address)

Revised 08/2005

6

Case 1:08-cv-00235-SPM-AK   Document 4   Filed 12/29/2008   Page 1 of 2

EEOC Form 161 (2/08)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**DISMISSAL AND NOTICE OF RIGHTS**

1:08-cv-235-SPM/AK

| To: | Taurus Williams<br>3820 Southeast 18th Avenue<br>Gainesville, FL 32641 | From: | Miami District Office<br>2 South Biscayne Blvd<br>Suite 2700<br>Miami, FL 33131 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15D-2008-00288 | Ina Depaz,<br>State & Local Coordinator | (305) 808-1752 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Manuel Zurita,
Acting Director

DEC 01 2008

OFFICE OF CLERK  (Date Mailed)
U.S. DISTRICT CT.
NORTHERN DIST.FLA-
GAINESVILLE, FLA.

08 DEC 29 AM 11: 18

FILED

Enclosures(s)

cc: W.G. JOHNSON & SON
c/o Ms. Laura Gross, Esquire
Donnelly & Gross, P.A.
204 West University Avenue, Suite 5
Gainesville, FL 32601

Enclosure with EEOC
Form 161 (2/08)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 -- not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*