IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS LEVON WILLIAMS,

    Plaintiff,

v.                                           CASE NO. 1:08-cv-00235-SPM-GRJ

W.G. JOHNSON, INC., CALVIN
CARLISLE, and WILLIAM GLENN
JOHNSON, III,

    Defendants.

_____ /

## O R D E R

Pending before the Court is Defendants' Motion To Extend Time To File Objections To Proposed Findings And Recommendations. (Doc. 45.) Defendant W.G. Johnson, Inc. requests an extension of time until December 7, 2010 to file objections to the proposed findings and recommendations contained in this Court's November 15, 2010 Report and Recommendation. (Doc. 44.)

Upon due consideration, Defendants' Motion To Extend Time To File Objections To Proposed Findings And Recommendations (Doc. 45) is **GRANTED**. The deadline for Defendant W.G. Johnson, Inc. to file objections to the Court's November 15, 2010 Report and Recommendation (Doc. 44) is extended to **December 7, 2010.**

**IT IS SO ORDERED**.

**DONE AND ORDERED** this 30th day of November, 2010.

                                                *s/ Gary R. Jones*
                                                GARY R. JONES
                                                United States Magistrate Judge