IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS LEVON WILLIAMS,

    Plaintiff,

v.                         CASE NO. 1:08cv235-SPM/GRJ

W.G. JOHNSON & SON, INC., et al.,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 44) dated November 15, 2010. The parties were furnished with copies and Defendant W.G. Johnson & Son, Inc., has filed objections (doc. 47).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. The allegations of the Second Amended Complaint are sufficient to state a plausible claim against Defendant W.G. Johnson & Son, Inc. for hostile work environment and constructive discharge under Title VII. Accordingly it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 44) is adopted and

incorporated by reference in this order.

    2.    The motion to dismiss (doc. 37) is granted as to Defendants Calvin Carlisle and William Glen Johnson III. The motion is denied as to Defendant W.G. Johnson & Son, Inc.

    3.    This case is referred to the magistrate judge for further proceedings.

DONE AND ORDERED this 14th day of January, 2011.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge