```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                  GAINESVILLE DIVISION
```

TAURUS LEVON WILLIAMS,

        Plaintiff,

v.					Case No. 1:08-cv-235-SPM-AK

W.G. JOHNSON, INC.,

        Defendant.

_____/

## JOINT CASE MANAGEMENT REPORT

1. The following parties participated in a Rule 26(f) conference March 30, 2011 by telephone: Counsel for Plaintiff, Michael Massey and Counsel for Defendant, Jung Yoon.

2. Initial Disclosures. The parties will complete the initial disclosures required by Rule 26 (a)(1) during the normal course of discovery.

3. Discovery Plan. The parties propose this discovery plan:

    (a) Discovery will be needed on the facts alleged in the complaint and on Defendant's answer and defenses.

    (b) Discovery will commence immediately and be completed on Friday, October 21, 2011.

    (c) The maximum number of interrogatories along with the dates for answers shall be governed by the Federal Rules of Civil Procedure.

(d)  The maximum number of requests for admissions, along with the dates for answers shall be governed by the Federal Rules of Civil Procedure.

(e)  The maximum number of depositions by each party shall be governed by the Federal Rules of Civil Procedure.

(f)  The limits on the length of depositions shall be governed by the Federal Rules of Civil Procedure.

(g)  The reports of all expert witnesses shall be exchanged by Friday, October 21, 2011.

(h)  Supplementations under Rule 26(e) shall be completed on Friday, October 21, 2011.

4.   Other items.

(a) The parties do not request to meet with the court before a scheduling order is issued.

(b) The parties request a pretrial conference on or after Monday, March 5, 2011, as determined by the court.

(c) The final date that the plaintiff will be allowed to amend the pleadings or join parties is Friday, July 1, 2011.

(d) The final date for the defendant will be allowed to amend the pleadings or join parties is Friday, July 29, 2011.

(e)  The final dates to file dispositive motions is Friday, November 4, 2011.

(f) The parties are open to good faith settlement discussions.

(g) The parties are open to mediation or other alternative dispute resolution process to enhance settlement prospects.

(h) The final date for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists shall be governed by the Federal Rules of Civil Procedure.

(i) The final date to file objections under Rule 26(a)(3) shall be governed by the Federal Rules of Civil Procedure.

(j) The parties suggest a trial date on or after Monday, March 26, 2012, as set by the court.  This trial date is necessary for the parties to conduct an orderly discovery, attempt a resolution of the case, and prepare for trial.  The parties suggest the trial will take three days to complete.

(k) The parties have conferred regarding their willingness to consent to magistrate judge jurisdiction.

(l)   Any request or production of information from electronic or computer-based media shall be governed by the Federal Rules of Civil Procedure and the initial scheduling order.

Respectfully submitted this 5th day of April 2011,

        s/Jung Yoon
        Paul A. Donnelly
        Florida Bar No. 813613
        pdonnelly@laborattorneys.org
        Jung Yoon
        Florida Bar No. 599611
        jyoon@laborattorneys.org

        Donnelly & Gross, P.A.
        2421 NW 41st Street, Suite A-1
        Gainesville, FL 32606
        Telephone: (352) 374-4001
        Facsimile: (352) 374-4046

        Counsel for Defendant


        s/Michael Massey
        MICHAEL MASSEY, Trial Counsel
        Florida Bar No. 153680
        Masseylaw@gmail.com

        MASSEY & DUFFY, PLLC
        P.O. Box 2638
        Gainesville FL 32602-2638
        Telephone: (352) 505-8900
        Facsimile: (352) 414-5488

        Counsel for Plaintiff