IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS LEVON WILLIAMS,

    Plaintiff,

v.                                          CASE NO. 1:08-cv-235-SPM-GRJ

W.G. JOHNSON & SON, INC.,

    Defendant.

_____/

## O R D E R

This case is before the Court on Doc. 54, Plaintiff's motion to amend the Complaint. Upon due consideration of the proposed Amended Complaint, the motion is **GRANTED**.

Accordingly, it is **ORDERED**:

1. The **Clerk** shall file the Amended Complaint (Doc. 59, Exh. A.).

2. Defendant shall respond to the Amended Complaint **on or before April 26, 2011.**

**DONE AND ORDERED** this 12th day of April 2011.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge