IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 1:08cv235-SPM/GRJ

WILLIAM GLENN JOHNSON, et al.,

    Defendants.

_____/

## ORDER RESETTING TRIAL

Upon consideration of Defendant's Notice of Conflict with Trial Period (doc. 69), it is

ORDERED AND ADJUDGED: Trial is reset for 8:30 a.m. on Monday, April 2, 2012, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 14th day of July, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge