IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS LEVON WILLIAMS,

    Plaintiff,

v.                                                      CASE NO. 1:08-cv-235-SPM-GRJ

W.G. JOHNSON & SON, INC.,

    Defendant.

_____ /

**O R D E R**

Pending before the Court is Defendant's Second Motion To Extend Time To Respond To Plaintiff's Motion For Summary Judgment.  (Doc. 75.)  Defendant requests an additional extension of time until July 29, 2011 to file a response to Plaintiff's Motion For Summary Judgment.  (Doc. 68.)  Pursuant to Local Rule 7.1(B), Defendant's counsel represents that Plaintiff's counsel has advised that he must confer with his client before he can take a position. In any event a five day extension of time will not make any difference considering the current case management schedule.

Accordingly, upon due consideration, it is **ORDERED** that:

(1) Defendant's Unopposed Motion To Extend Time To Respond To Plaintiff's Motion For Summary Judgment (Doc. 75) is **GRANTED**.

(2) Defendant shall respond to Plaintiff's Motion For Summary Judgment (Doc. 68) on or before **July 29, 2011.**

**DONE AND ORDERED** this 27th day of July, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge