IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAURUS WILLIAMS,

    Plaintiff,

v.                                              CASE NO. 1:08cv235-SPM/GRJ

W.G. JOHNSON & SON, INC.,

    Defendant.

_____/

## CORRECTED[1] ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the Joint Stipulation of Dismissal with Prejudice (doc. 114) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 15th day of November, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

---

[1] This order corrects the caption to show that the defendant is W.G. Johnson & Son, Inc., consistent with the Fourth Amended Complaint (doc. 104).  The prior order (doc. 115) erroneously identified the defendants as William Glenn Johnson, et al.